

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00779-CR

Clint Harrison **ELLER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14676
Honorable N. Keith Williams, Judge Presiding

# O R D E R

By order dated February 28, 2018, these appeals were abated to the trial court for an indigency hearing. The trial court conducted a hearing and determined appellant is not indigent. The appeals are REINSTATED on the docket of the court. During the abatement of the appeals, the court reporter responsible for preparing the reporter's record in these appeals filed a notification of late record requesting an extension of time to file the reporter's record to April 30, 2018. The request is GRANTED. The reporter's record must be filed in these appeals no later than April 30, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court